# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee†*

Jane L. McDonald, Counsel
Raymond H. Shockley, Jr. Staff Attorney
Jennifer R. Gorchow, Staff Attorney

Kelleen E. Stanley*
Jennie P. Archer*
Lu'Shell K. Alexander*
*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy

June 30, 2022

The Honorable Judge Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

    RE:    Chapter 13 Bankruptcy
           Debtor(s) Name:  **PATRICIA PIERCE**
           Case No.          **19-33580 (JNP)**
           Hearing Date:     **N/A**

Dear Judge Jerrold N. Poslusny, Jr.:

    Please withdraw the Trustee's Certification of Default/Motion to Dismiss in connection with the above-captioned case.

    Please feel free to contact me if you have any questions or require additional information.

                                              Respectfully submitted,

                                            *OFFICE OF THE CHAPTER 13*
                                            *STANDING TRUSTEE*

                                            /s/ *Isabel C. Balboa*
                                            Isabel C. Balboa
                                            Chapter 13 Standing Trustee

ICB:
cc:
       Anthony T. Archer, Esquire (Via Electronic Case Filing / ECF)
       Patricia Pierce (Via Regular Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978