Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

Case No.: 19−33580−ABA  
Chapter: 13  
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Patricia Pierce  
  aka Patricia A. Pierce  
  902 Parry Ave  
  Palmyra, NJ 08065

Social Security No.:  
  xxx−xx−3179

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 6/27/23 at 10:00 AM

to consider and act upon the following:

*82* − Certification in Opposition to (related document:81 Creditor's Certification of Default (related document:72 Motion for Relief from Stay re: re: 902 Parry Avenue, Palmyra NJ 08065. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, 74 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 06/13/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Andrew Thomas Archer on behalf of Patricia Pierce. (Archer, Andrew)

Dated: 6/5/23

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court