UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
Attorney ID 005272008
Brenner, Spiller & Archer
125 Route 73 North
West Berlin, New Jersey 08091
(856) 963-5000
Attorney for Debtor(s)

In Re:

Patricia Pierce aka Patricia A. Pierce, Debtor.

Case No.: 19-33580

Judge: Andrew B. Altenburg Jr

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.  ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by _____Midfirst Bank_____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons (**choose one**):

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

*I been making my payment each month I send 2,493.44 this month the month I been send 1,379.'a plus 400.*

☐ Other (explain your answer): *with the other money I been sending it to McDowel Moving company every month*

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 1/26/24

_____
Debtor's Signature

Date: 1/26/24

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15