Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                Case No.:  19−33580−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia Pierce
   aka Patricia A. Pierce
   902 Parry Ave
   Palmyra, NJ 08065

Social Security No.:
   xxx−xx−3179

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 2/27/24 at 10:00 AM

to consider and act upon the following:

**94** − Certification in Opposition to (related document:93 Creditor's Certification of Default (Related document(s) 74 Order on Motion For Relief From Stay.) Modified on 1/22/2024: TO CORRECT LINK. filed by Creditor MIDFIRST BANK) filed by Andrew Thomas Archer on behalf of Patricia Pierce. (Archer, Andrew)

Dated: 2/2/24

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court