Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-33580 (ABA)

Patricia Pierce  
902 Parry Avenue  
Palmyra, NJ  08065

Monthly Payment: $743.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/06/2023 | $31.00 | 01/06/2023 | $500.00 | 01/06/2023 | $7.00 | 02/07/2023 | $138.00 |
| 02/07/2023 | $400.00 | 03/07/2023 | $400.00 | 03/07/2023 | $18.00 | 03/07/2023 | $120.00 |
| 04/12/2023 | $338.00 | 04/12/2023 | $200.00 | 05/30/2023 | $400.00 | 05/30/2023 | $148.00 |
| 07/13/2023 | $200.00 | 07/13/2023 | $338.00 | 08/07/2023 | $300.00 | 08/07/2023 | $238.00 |
| 09/08/2023 | $500.00 | 09/08/2023 | $38.00 | 10/17/2023 | $138.00 | 10/17/2023 | $400.00 |
| 11/03/2023 | $300.00 | 11/03/2023 | $238.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PATRICIA PIERCE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $4,093.00 | $4,093.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $1,470.00 | $1,470.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $1,092.36 | $1,092.36 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $455.00 | $455.00 | $0.00 | $455.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $490.00 | $490.00 | $0.00 | $490.00 |
| 1 | ACCESS CREDIT UNION | 33 | $1,005.41 | $310.82 | $694.59 | $0.00 |
| 2 | COMENITYCAPITAL/BJSCLB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | FINGERHUT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | DEPARTMENT OF THE TREASURY | 33 | $9,366.92 | $2,895.74 | $6,471.18 | $0.00 |
| 5 | MIDFIRST BANK | 24 | $72.00 | $72.00 | $0.00 | $0.00 |
| 6 | PATIENT FIRST | 33 | $96.87 | $29.95 | $66.92 | $0.00 |
| 7 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ANDREW THOMAS ARCHER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $504.84 | $156.07 | $348.77 | $0.00 |
| 12 | MIDLAND FUNDING, LLC | 33 | $923.36 | $285.45 | $637.91 | $0.00 |
| 13 | ASHLEY FUNDING SERVICES, LLC | 33 | $6.65 | $2.06 | $4.59 | $0.00 |
| 14 | MIDFIRST BANK | 24 | $4,262.72 | $3,189.54 | $1,073.18 | $3,189.54 |
| 15 | MIDFIRST BANK | 13 | $538.00 | $538.00 | $0.00 | $538.00 |
| 16 | MIDFIRST BANK | 13 | $200.00 | $200.00 | $0.00 | $200.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 01/01/2020 | 42.00 | $0.00 |
| 07/01/2023 | Paid to Date | $14,581.00 |
| 08/01/2023 | 1.00 | $709.00 |
| 09/01/2023 | 16.00 | $743.00 |
| 01/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,390.00 |
| Total paid to creditors this period: | $4,872.54 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $2,272.00 |
| Attorney: | ANDREW T. ARCHER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**