UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Esquire (AB 1574)**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

In Re:

**Patricia Pierce**

Debtor(s)'

Case No. 19-33580 (ABA)

Judge: Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS:** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated, and good cause having been shown, and

**WHEREAS:** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation.

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow: Debtor's case be and is hereby allowed to continue at $20,310 total receipts applied to plan, then $1,215 per month for the remaining nine (8) months, commencing May 1, 2024 for a total of sixty (60) months. Additionally, an attorney fee of $700 to be filed with the Court pending approval.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on April 8, 2020, remain in effect.

Andrew T. Archer, Esquire
Attorney for Debtor

Dated: 4/12/24

/s/ Andrew B. Finberg
Andrew B. Finberg
Chapter 13 Standing Trustee

Dated: 4/15/2024