Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-33580 (ABA)

Patricia Pierce  
902 Parry Avenue  
Palmyra, NJ  08065

Monthly Payment: $1,727.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/2024 | $338.00 | 01/11/2024 | $200.00 | 01/16/2024 | $160.00 | 01/16/2024 | $378.00 |
| 02/15/2024 | $300.00 | 02/15/2024 | $300.00 | 03/05/2024 | $298.00 | 03/05/2024 | $300.00 |
| 03/13/2024 | $243.00 | 03/13/2024 | $500.00 | 04/01/2024 | $260.00 | 04/02/2024 | $100.00 |
| 04/10/2024 | $200.00 | 05/30/2024 | $143.00 | 05/30/2024 | $400.00 | 06/25/2024 | $545.00 |
| 08/21/2024 | $126.70 | 08/21/2024 | $400.00 | 08/21/2024 | $250.00 | 08/21/2024 | $300.00 |
| 08/22/2024 | $400.00 | 08/22/2024 | $250.00 | 09/30/2024 | $18.00 | 09/30/2024 | $230.27 |
| 09/30/2024 | $180.00 | 09/30/2024 | $400.00 | 09/30/2024 | $400.00 | 09/30/2024 | $500.00 |
| 10/30/2024 | $500.00 | 10/30/2024 | $500.00 | 10/30/2024 | $127.00 | 10/30/2024 | $100.00 |
| 10/31/2024 | $500.00 | 11/27/2024 | $500.00 | 11/27/2024 | $200.00 | 11/27/2024 | $27.00 |
| 11/27/2024 | $500.00 | 11/27/2024 | $500.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PATRICIA PIERCE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $4,093.00 | $4,093.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $1,470.00 | $1,470.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $1,092.36 | $1,092.36 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $455.00 | $455.00 | $0.00 | $455.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $490.00 | $490.00 | $0.00 | $490.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $700.00 | $700.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | ACCESS CREDIT UNION | 33 | $1,005.41 | $736.21 | $269.20 | $0.00 |
| 2 | COMENITYCAPITAL/BJSCLB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | FINGERHUT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | DEPARTMENT OF THE TREASURY | 33 | $9,366.92 | $6,858.88 | $2,508.04 | $0.00 |
| 5 | MIDFIRST BANK | 24 | $72.00 | $72.00 | $0.00 | $0.00 |
| 6 | PATIENT FIRST | 33 | $96.87 | $70.93 | $25.94 | $0.00 |
| 7 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ANDREW THOMAS ARCHER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | U.S. DEPARTMENT OF HOUSING & URBAN | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $504.84 | $369.67 | $135.17 | $0.00 |
| 12 | MIDLAND FUNDING, LLC | 33 | $923.36 | $676.13 | $247.23 | $0.00 |
| 13 | ASHLEY FUNDING SERVICES, LLC | 33 | $6.65 | $4.87 | $1.78 | $0.00 |
| 14 | MIDFIRST BANK | 24 | $4,262.72 | $4,262.72 | $0.00 | $3,189.54 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 15 | MIDFIRST BANK | 13 | $538.00 | $538.00 | $0.00 | $538.00 |
| 16 | MIDFIRST BANK | 13 | $200.00 | $200.00 | $0.00 | $200.00 |
| 17 | MIDFIRST BANK | 24 | $1,659.21 | $1,659.21 | $0.00 | $0.00 |
| 18 | MIDFIRST BANK | 13 | $200.00 | $200.00 | $0.00 | $0.00 |
| 19 | MIDFIRST BANK | 13 | $200.00 | $200.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2020 | 54.00 | $0.00 |
| 07/01/2024 | Paid to Date | $21,398.00 |
| 08/01/2024 | 5.00 | $1,727.00 |
| 01/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $11,573.97 |
| Total paid to creditors this period: | $4,872.54 |
| Undistributed Funds on Hand: | $1,554.30 |
| Arrearages: | $1,726.03 |
| Attorney: | ANDREW T. ARCHER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**