# Office of the Chapter 13 Standing Trustee

## Andrew B. Finberg, Chapter 13 Standing Trustee

*Joni L. Gray, Counsel*
*Jennifer R. Gorchow, Staff Attorney*
*William H. Clunn, III, Staff Attorney*

*Lu'Shell K. Alexander\**
*Jennie P. Archer\**
*Kelleen E. Stanley\**
*Kimberly A. Talley\**

*\*Certified Bankruptcy Assistant*

January 27, 2025

Clerk of the Court
UNITED STATES BANKRUPTCY COURT
Mitchell H. Cohen Federal Courthouse
1 John F. Gerry Plaza
4th and Cooper, 4th Floor
Camden, NJ 08101

RE:     Chapter 13 Bankruptcy
        Debtor's Name: Patricia Pierce
        Case No: 19-33580 (ABA)

Dear Judge Andrew B. Altenburg, Jr.

Please be advised that on January 6,2025, the Plan Completion Letter (docket #118) was filed with the court in reference to the above captioned case. Please note that this was filed in error. Therefore, please withdraw the Plan Complete Letter (docket #118) which was filed on January 6, 2025. Should you have any questions regarding this matter please feel free to contact this office.

As always, the courtesy of the court is appreciated.

Very truly yours,

OFFICE OF THE CHAPTER 13
STANDING TRUSTEE

/s/ Andrew B. Finberg
Andrew B. Finberg
Chapter 13 Standing Trustee

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978