| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | |
| In Re:<br><br>Patricia Pierce,<br><br>Debtor. | Case No.: __19-33580-ABA__<br><br>Adv. Pro. No.: _____<br><br>Chapter: _____13_____<br><br>Subchapter V:   ❏ Yes  ☒ No<br><br>Hearing Date: __02/25/2025__<br><br>Judge: _____Altenburg_____ |

## ADJOURNMENT REQUEST

1. I, _____Denise Carlon_____,

   ☒ am the attorney for: _____Secured Creditor_____,

   ❏ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Secured Creditor's Certification of Default

   Current hearing date and time: 2/25/2025 @ 10:00 a.m.

   New date requested: 3/25/2025 @ 10:00 a.m.

   Reason for adjournment request: To allow the parties additional time to amicably resolve the issues at hand.

2. Consent to adjournment:

   ☒ I have the consent of all parties.  ❏ I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 02/20/2025                                    /s/ Denise Carlon
                                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted              New hearing date: 3/25/25 @ 10 AM              ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____      ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*