| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | |
| In Re:<br><br>Patricia Pearce,<br><br>Debtor | Case No.:    19-33580-ABA<br><br>Chapter:    13<br><br>Hearing Date:    03/25/2025<br><br>Judge:    Altenburg |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled     ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 120)

Date: 3/21/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*