Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                          Case No.:  19−33580−ABA
                                          Chapter:  13
                                          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia Pierce
   aka Patricia A. Pierce
   902 Parry Ave
   Palmyra, NJ 08065

Social Security No.:
   xxx−xx−3179

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: <u>Patricia Pierce</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: June 3, 2025
JAN: dmb

                                                          <u>Jeanne Naughton, Clerk</u>